AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Virgin Islands

| | |
|---|---|
| United States of America<br>v.<br>YOHANNA GONZALEZ-MCFARLANE, aka "JOHANNA FABIAN," aka "MARI"<br><br>*Defendant* | )<br>)<br>)  Case No. 3:19mj0057<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* YOHANNA GONZALEZ-MCFARLANE, aka "JOHANNA FABIAN," aka "MARI",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(B)(i): Alien smuggling and harboring for financial gain

18 U.S.C. § 2422(a): Inducing to travel in interstate commerce for prostitution

Date: August 5, 2019

*Issuing officer's signature*

City and state: St. Thomas, VI 00802

Ruth Miller, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/6/2019, and the person was arrested on *(date)* 8/7/2019
at *(city and state)* St. Thomas, VI.

Date: 8/8/2019

Andrew C. Hayden
*Arresting officer's signature*

Andrew C. Hayden
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: YOHANNA GONZALEZ-MCFARLANE

Known aliases: "JOHANNA FABIAN," aka "MARI"

Last known residence: 3G-1 Estate Mariendahl, St. Thomas, VI 00802

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: Underground Nightclub

Last known telephone numbers: _____

Place of birth: Dominican Republic

Date of birth: 08/02/1981

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: Collins McFarlane (husband); Josue DE JESUS-GONZALEZ (son); Eudy GONZALEZMCFARLANE (son)

FBI number: _____

Complete description of auto: Blue Nissan Rogue bearing Virgin Islands license plate # TGI-700; Red Toyota Tacoma bearing Virgin Islands license plate # TGH-680

Investigative agency and address: HSI, STT

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____